## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

**MATTHEW DIONYSIUS,**
**Individually and on behalf of all others**
**similarly situated,**

  **Plaintiffs,**

**v.**

**HANKOOK TIRE MANUFACTURING**
**TENNESSEE, LP,**

  **Defendant.**

)
)
)
)
)
)
)
)
)
)
)
)
)

**NO. 3:20-cv-00091**

**JUDGE CAMPBELL**
**MAGISTRATE JUDGE FRENSLEY**

## ORDER

Pending before the Court are the parties' Joint Motion for Settlement Approval (Doc. No. 119) indicating that they have resolved this FLSA action pursuant to a negotiated settlement agreement and seek to dismiss the case with prejudice. The Court has reviewed the parties' settlement agreement (Doc. No. 119-1), and it appears to be a fair and reasonable settlement of the wage claims presented. Accordingly, the Joint Motion for Settlement Approval (Doc. No. 119) is **GRANTED**, and this case is **DISMISSED** with prejudice. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE